**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
Sin-Ting Mary Liu (282884)
mliu@awkolaw.com
875-A Island Drive #144
Alameda, CA 94502
Phone: 510-698-9566
Fax: 760-304-8933

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## (EASTERN DIVISION)

| | |
|---|---|
| VANESSA ALEXANDER,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant | Case No.: 5:17-cv-02466-JGB(KKx)<br><br>**ORDER DISMISSING CASE PURSUANT TO TO F.R.C.P. 41(a)(1)(A)(i)** |

### VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

This case is hereby dismissed pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure in accordance with the Notice of the Plaintiff,

**PLAINTIFF'S NOTICE OF VOLUNTARY DIMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I) - 1**

Vanessa Alexander, and or her counsels, and the action is voluntarily dismissed, without prejudice against Defendant, Bank of America, N.A.

**DATED:** March 22, 2018

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

**PLAINTIFF'S NOTICE OF VOLUNTARY DIMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I) - 2**